UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Frank Jarvis Atwood

**Defendant(s):** David Shinn ; James Kimble ; Jeff Van Winkle ; Lance Hetmer ; Mark Brnovich ; John Doe (pharmacist)

County of Residence: Pinal

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Joseph Perkovich** (Frank Jarvis Atwood )
**Philips Black, Inc**
PO Box 4544
New York, New York  10163
212-400-1660

Defendant's Atty(s):

**Jeffrey Sparks** (David Shinn ; James Kimble ; Jeff Van Winkle ; Lance Hetmer ; Mark Brnovich ; John Doe (pharmacist) )
AZ Attorney General's Office
2005 N Central Ave
Phoenix, Arizona  85004

**Amy Knight** (Frank Jarvis Atwood )
**Knight Law Firm, PC**
3849 E Broadway Blvd #288
Tucson, Arizona  85716
520-878-8849

**Laura Chiasson** (David Shinn ; James Kimble ; Jeff Van Winkle ; Lance Hetmer ; Mark Brnovich ; John Doe (pharmacist) )
AZ Attorney General's Office
400 W Congress, S-214
Tucson, Arizona  85701

---

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit:            **550 Civil Rights**

VI. Cause of Action:          **42 U.S.C. § 1983 (due process/method of execution)**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand: **Declaratory/Injunctive relief only**
    Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **4:98-cv-00116-JAS** assigned to Judge **Soto.**

---

**Signature:** Amy P. Knight

**Date:** 5/19/22

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014