IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Defendants. | No. CV-22-00860-PHX-JAT (JZB)<br><br>**ORDER** |

The undersigned having taken Senior Status and being unable to accommodate the expedited schedule requested by the Plaintiff in this case,[1] I hereby order the Clerk of the Court to reassign this case, by random lot, to another Judge in the District of Arizona.[2] I have been informed by the Clerk's Office that Chief Judge G. Murray Snow has been randomly drawn, accordingly,

**IT IS HEREBY ORDERED** that this matter is reassigned to the Honorable G. Murray Snow, United States District Judge.  All further pleadings and papers submitted for filing shall bear the following complete case number:  CV-22-0860-PHX-GMS (JZB).

Dated this 20th day of May, 2022.

*James A. Teilborg*
Senior United States District Judge

---

[1] *See* 28 U.S.C. § 294(b).
[2] This Order does not impact the Magistrate Judge selection at Doc. 2.