# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00860-PHX-GMS (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS HEREBY ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to District Judge Michael T. Liburdi. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV-22-00860-PHX-MTL**.

Dated this 20th day of May, 2022.

_____
G. Murray Snow
Chief United States District Judge