MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

JEFFREY L. SPARKS (AZ BAR NO. 027536)
LAURA P. CHIASSON (AZ BAR NO. 019025)
DAVID AHL (AZ BAR NO. 029212)
ASSISTANT ATTORNEY GENERAL
CAPITAL LITIGATION SECTION
2005 N. CENTRAL AVENUE
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 542-4686
CLDOCKET@AZAG.GOV

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>Plaintiff,<br><br>-vs-<br><br>David Shinn, et al.,<br><br>Defendants. | CV 22–00625–PHX–JAT (JZB)<br><br>CV 22–00860–PHX–JAT (JZB)<br><br>**DEFENDANTS' MOTION TO CONSOLIDATE UNDER RULE 42(A) AND LRCIV 42.1(B)**<br><br>**[EXEDITED CONSIDERATION REQUESTED]** |

Pursuant to Rule of Civil Procedure 42(a) and LRCiv 42.1, Defendants Shinn, Kimble, Van Winkle, and Hetmer in their official capacities move to consolidate, and at a minimum to join for hearing and trial, the following actions: *Atwood v. Shinn et al.*, No. 22-cv-00625 (D. Ariz.) (the "'625 Action") and *Atwood v. Shinn et al.*, No. 22-cv-00860 (D. Ariz.) (the "'860 Action"). Plaintiff opposes consolidation and joinder of the hearing/trial in these actions.

As background, Plaintiff filed the '625 Action on April 13, 2022, and amended his complaint on May 19, 2022. Dkt. 14. The action seeks relief related to accommodating Plaintiff's claimed religious beliefs at his upcoming execution, scheduled for June 8, 2022. On May 19, 2022, the Court ordered Defendants to respond by May 25, 2022; the Court further ordered Plaintiff to file a notice by that

same date of whether and when he intends to file an emergency motion for injunctive relief. Dkt. 16. Plaintiff filed the '860 Action on May 19, 2022. That Complaint relates to Plaintiffs' claims—for the same scheduled execution—that Defendants must make certain accommodations to avoid inflicting cruel and unusual punishment on Plaintiff. *See* Dkt. 1, *Atwood v. Shinn*, No. 2:22-cv-00860. On May 20, 2022, Judge Teilborg requested the '860 matter to be reassigned and stated that it had been reassigned to Judge Snow. *Id.* Dkt. 3.

Consolidation, or at a minimum joinder for hearing and trial, is appropriate in this matter for several reasons. Most obviously, both complaints raise challenges to the same execution and seek highly expedited adjudication and relief in advance of the June 8, 2022 execution date. Consolidation will result in a single judgment/order regarding these various accommodation requests, which will streamline not only the proceedings in this Court, but also on appeal. Moreover, both cases involve common issues of fact, including the application of the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR")'s procedures to this particular execution and the feasibility of various accommodations in the execution room and prior to the execution. For example, Plaintiff seeks audible prayer and physical touch from his religious advisor during the execution through the '625 action. He simultaneously seeks accommodations regarding how he is physically positioned (e.g. in a flat or seated position) during the execution in the '860 Action. Thus, the amount of space in the execution room, timing of various accommodations, ability to accommodate additional personnel in the execution room, and similar logistical questions are all common questions of fact to both actions. The State's "compelling interest in preventing disruptions of any sort and maintaining solemnity and decorum in the execution chamber," *see Ramirez v. Collier*, 142 S. Ct. 1264, 1280 (2022), is also a common issue to both actions that will need to be considered in fashioning any injunctive relief. In addition, both

actions involve the same Plaintiff (Frank Jarvis Atwood) and many of the same defendants (Messrs. Shinn, Kimble, Van Winkle, and Hetmer, in their official capacities).[1]

For the foregoing reasons, Defendants move to consolidate, and at a minimum to join for hearing and trial, the '625 Action with the '860 Action that has been reassigned to Judge Snow.

DATED this 20th day of May, 2022.

Respectfully submitted,

Mark Brnovich
Attorney General

s/ Jeffrey Sparks
Deputy Solicitor General/
Chief of Capital Litigation
Laura P. Chiasson
David Ahl
Assistant Attorneys General

Attorneys for Defendants

---

[1] The '860 case also involves Attorney General Brnovich in his official capacity and "John Doe - Arizona-Licensed Pharmacist." Undersigned counsel represents Attorney General Brnovich in the '860 Action and represents that General Brnovich also supports this motion. "John Doe," to undersigned counsel's knowledge, has not been served or appeared in the '860 Action.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Joseph J. Perkovich
Phillips Black, Inc.
P.O. Box 4544
New York, NY 10163
jperkovich@phillipsblack.org

Amy Knight
Knight Law Firm, P.C.
3849 E. Broadway Blvd., #288
Tucson, Arizona 85716–5407
amy@amyknightlaw.com


s/Beau Roysden


SD8QPWRZ0FFAGA

4