MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

LAURA P. CHIASSON
ASSISTANT ATTORNEY GENERAL
CAPITAL LITIGATION SECTION
400 WEST CONGRESS, BLDG. S–215
TUCSON, ARIZONA 85701–1367
TELEPHONE: (520) 628–6520
LAURA.CHIASSON@AZAG.GOV
CLDOCKET@AZAG.GOV
(STATE BAR NUMBER 19025)
ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>   Plaintiff,<br><br>   -vs-<br><br>David Shinn, et al.,<br><br>   Defendants. | CV 22–00860–PHX–MTL (JZB)<br><br><br>NOTICE OF APPEARANCE |

Defendants hereby notice the appearance of Laura P. Chiasson, Assistant Attorney General as Defendants' counsel of record for these proceedings.  Please send all orders and other correspondence to undersigned counsel at the address indicated at the top of this page.

DATED this 23rd day of May, 2022.

RESPECTFULLY SUBMITTED,
MARK BRNOVICH
ATTORNEY GENERAL

Jeffrey L. Sparks
Deputy Solicitor General/
Section Chief of Capital Litigation

/s/Laura P. Chiasson
Assistant Attorney General
Attorneys for Defendants

1  I hereby certify that on May 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and
2  transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

3  Joseph J. Perkovich
   Phillips Black, Inc.
4  P.O. Box 4544
   New York, NY 10163
5  jperkovich@phillipsblack.org

6  Amy Knight
   Knight Law Firm, P.C.
7  3849 E. Broadway Blvd., #288
   Tucson, Arizona 85716–5407
8  amy@amyknightlaw.com

9
   Attorneys for Defendant
10

11  /s/L. Fielding

12

13  SET4ZIDF0GDDCM

2