
1 MARK BRNOVICH
ATTORNEY GENERAL
2 (FIRM STATE BAR NO. 14000)

3 JEFFREY L. SPARKS
SECTION CHIEF COUNSEL
4 CAPITAL LITIGATION SECTION
2005 N. CENTRAL AVENUE
5 PHOENIX, ARIZONA 85004
TELEPHONE: (602) 542-4686
6 CLDOCKET@AZAG.GOV
(STATE BAR NUMBER 027536)
7
ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Frank Jarvis Atwood, | CV 22–00860–PHX–MTL (JZB) |
|---|---|
| Plaintiff, | |
| -vs- | **NOTICE OF APPEARANCE** |
| David Shinn, et al., | |
| Defendants. | |

Respondents hereby notice the appearance of Section Chief Counsel, JEFFREY SPARKS, as Respondents' counsel of record for these proceedings. Please send all future orders and other correspondence to undersigned counsel at the address indicated at the top of this page.

DATED this 23rd day of May, 2020.

                               Respectfully submitted,

                               Mark Brnovich
                               Attorney General

                               s/
                               Jeffrey Sparks
                               Deputy Solicitor General/
                               Section Chief Counsel of Capital Litigation

                               Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022 I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Joseph J. Perkovich
Phillips Black, Inc.
P.O. Box 4544
New York, NY 10163
jperkovich@phillipsblack.org

Amy Knight
Knight Law Firm, P.C.
3849 E. Broadway Blvd., #288
Tucson, Arizona 85716–5407
amy@amyknightlaw.com

s/ Liz Gallagher

S4ZJVXMC0EXK6A