JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

Attorneys for Frank Jarvis Atwood

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; JAMES KIMBLE, Warden, ASPC-Eyman; JEFF VAN WINKLE, Warden, ASPC-Florence; LANCE HETMER, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; MARK BRNOVICH, Attorney General of Arizona; JOHN DOE, Arizona-licensed Pharmacist,<br><br>　　　　Defendants. | No. CV-22-00860-PHX-MTL (JZB)<br><br>**NOTICE OF MOTION FOR EMERGENCY INJUNCTIVE RELIEF AND AMENDED COMPLAINT**<br><br>**This is a capital case.**<br><br>**EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

1

**NOTICE**

Pursuant to the Court's order entered May 20, 2022 (Doc. 005 at 4), Plaintiff hereby provides notice of his intention to file a motion for emergency injunctive relief by Thursday, May 26, 2022. Plaintiff further anticipates by that date amending his pleading, as of right, under Fed. R. Civ. P. 15(a)(1)(A).

Respectfully submitted, this the 24th day of May, 2022,

/s/ *Joseph J. Perkovich*
Joseph J. Perkovich
PHILLIPS BLACK, INC.
PO Box 4544
New York, NY 10163-4544
212.400.1660 (tel.)
j.perkovich@phillipsblack.org