MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

JEFFREY L. SPARKS (AZ BAR NO. 027536)
DEPUTY SOLICITOR GENERAL/
CHIEF COUNSEL OF CAPITAL LITIGATION
LAURA CHIASSON (AZ BAR NO. 19025)
ASSISTANT ATTORNEY GENERAL
CAPITAL LITIGATION SECTION
2005 N. CENTRAL AVENUE
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 542–4686
CLDOCKET@AZAG.GOV

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>Plaintiff,<br><br>-vs-<br><br>David Shinn, et al.,<br><br>Defendants. | CV 22–00860–PHX–MTL (JZB)<br><br>**NOTICE OF REQUEST FOR BRIEFING SCHEDULE ON ANTICIPATED MOTION FOR PRELIMINARY INJUNCTION**<br>[Capital Case – Execution Scheduled for June 8, 2022 at 10 a.m.] |

Plaintiff Frank Atwood is scheduled for execution at 10:00 a.m. on June 8, 2022, for the 1984 kidnapping and first-degree murder of eight-year-old V.L.H. *Atwood v. Ryan*, 870 F.3d 1033, 1039–44 (9th Cir. 2017) (detailing facts of crime and convictions). Atwood has been on notice that the State intended to seek a warrant of execution for the murder he committed almost 40 years ago since at least April 2021, when the State asked the Arizona Supreme Court to set a briefing schedule on an anticipated motion for warrant of execution. Dkt. 1, at ¶¶ 48–49. That litigation stalled in July 2021, until, on January 5, 2022, the State again sought a briefing schedule on an anticipated motion for execution warrant. *Id.* ¶¶ 49–50. On May 3, 2022, over a year after the State first initiated proceedings to

obtain an execution warrant, the Arizona Supreme Court issued a warrant for Atwood's execution on June 8, 2022.

On May 19, 2022, after waiting more than two weeks after the warrant's issue, Atwood filed a complaint for declaratory and injunctive relief alleging violations of his federal constitutional and statutory rights based on alleged back pain he will suffer during a lethal injection execution, the beyond use date of the compounded pentobarbital that will be used in his execution, and the Arizona Department of Corrections, Rehabilitation and Reentry's (ADCRR) lethal gas protocol. Dkt. 1; Dkt. 5, at 2–3. Though his scheduled execution was less than three weeks away, Atwood neglected to file a motion for preliminary injunction. On May 20, this Court ordered Atwood to file a notice by May 24 indicating whether and when he intended to file any such motion. Dkt. 5, at 4. On May 24, Atwood filed a notice stating that he intended to file a "motion for emergency injunctive relief" and an amended complaint by Thursday, May 26, 2022, a mere 13 days before his scheduled execution.

The Supreme Court has repeatedly warned death row inmates against seeking "'last-minute'" stays of execution that "'could have been brought' earlier" because "'an applicant's attempt at manipulation,' 'may be grounds for denial of a stay.'" *Bucklew v. Precythe*, 139 S. Ct. 1112, 1134 (2019) (quoting *Hill v. McDonough*, 547 U.S. 573, 584 (2006)); *see also, e.g., Barr v. Lee*, 140 S. Ct. 2590, 2591 (2020) ("Last-minute stays … should be the extreme exception, not the norm.") (quotation omitted); *Nelson v. Campbell*, 541 U.S. 637, 649 (2004) ("'There is no good reason for this abusive delay, which has been compounded by last-minute attempts to manipulate the judicial process. A court may consider the last-minute nature of an application to stay execution in deciding whether to grant equitable relief.'") (quoting *Gomez v. United States Dist. Ct. for N. D. Cal.*, 503 U.S. 653, 654 (1992)).

Thus, in order to mitigate prejudice to the State caused by Atwood's last-minute intention to seek a preliminary injunction and to amend his already late-filled complaint, the State requests the following briefing schedule:

- Atwood shall file any Motion for Preliminary Injunction and any amended complaint no later than 5:00 p.m. on Thursday, May 26.

- Defendants shall file a Response to any Motion for Preliminary Injunction no later than 5:00 p.m. on Wednesday, June 1.

- Atwood shall file a Reply to Defendants' Response no later than 5:00 p.m. on Thursday, June 2.

DATED this 25th day of May, 2022.

                                      Respectfully submitted,

                                      Mark Brnovich
                                      Attorney General

                                      s/_____
                                      Jeffrey Sparks
                                      Deputy Solicitor General/
                                      Chief Counsel of Capital Litigation
                                      Laura Chiasson
                                      Assistant Attorney General

                                      Attorneys for Defendants Shinn, Kimble, Van Winkle, and Hetmer

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2022 I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Joseph J. Perkovich
Phillips Black, Inc.
P.O. Box 4544
New York, NY 10163
jperkovich@phillipsblack.org

Amy Knight
Knight Law Firm, P.C.
3849 E. Broadway Blvd., #288
Tucson, Arizona 85716–5407
amy@amyknightlaw.com


s/ Liz Gallagher


S99CW7OX0DK5P8