JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

Attorneys for Frank Jarvis Atwood

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; JAMES KIMBLE, Warden, ASPC-Eyman; JEFF VAN WINKLE, Warden, ASPC-Florence; LANCE HETMER, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; MARK BRNOVICH, Attorney General of Arizona; JOHN DOE, Arizona-licensed Pharmacist,<br><br>    Defendants. | No. CV-22-00860-PHX-MTL (JZB)<br><br>**NOTICE IN RESPONSE TO REQUEST FOR BRIEFING SCHEDULE**<br><br>**This is a capital case.**<br><br>**EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

**RESPONSE**

Yesterday, Plaintiff timely filed a notice designating the date for his motion for emergency injunctive relief, specifying Thursday, May 26, 2022, and noting that he would also file, as of right, an amended complaint by that date. Doc. 9. This notice identified May 25 without designating a time before midnight.

Today, Defendants have filed a notice seeking a briefing schedule in relation to this motion. Doc. 10.[1] Defendants now seek to impose a 5:00 p.m. deadline on May 26 for Plaintiff's motion, which also would apply to the amendment that will be filed on that date.

Defendants failed to attempt to confer with Plaintiff's counsel before submitting their desired scheduling.

Plaintiff hereby responds, proposing the following schedule:

- Plaintiff shall file his preliminary injunction motion and amended complaint by Thursday, May 26, 2022, at 11:59 p.m.
- Defendants shall file any response to the motion by Tuesday, May 31, 2022, at 3:00 p.m.
- Plaintiff shall file any reply by Thursday, June 2, at 5:00 p.m.

Plaintiff thus requests that the Defendants have five days to prepare their response, rather than six, and Plaintiff receives two days to reply, rather than merely one.

---

[1] Because Defendants have improperly submitted their request for scheduling as a "notice," the present response to that request must be filed as a "notice" rather than what it is, a response.

2

Respectfully submitted, this the 25th day of May, 2022,

/s/ *Joseph J. Perkovich*
Joseph J. Perkovich
PHILLIPS BLACK, INC.
PO Box 4544
New York, NY 10163-4544
212.400.1660 (tel.)
j.perkovich@phillipsblack.org
