JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

Attorneys for Frank Jarvis Atwood

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| FRANK JARVIS ATWOOD, | CASE NO. 2:22-cv-00860-JAT--JZB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VARIOUS DEFENDANTS' WAIVER OF SERVICE** |
| DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; JAMES KIMBLE, Warden, ASPC-Eyman; JEFF VAN WINKLE, Warden, ASPC-Florence; LANCE HETMER, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; MARK BRNOVICH, Attorney General of Arizona; JOHN DOE, Arizona-licensed Pharmacist, | |
| Defendants. | |

1

## NOTICE

On May 19, 2022, Plaintiff initiated the above-captioned action by filing his initial complaint under, inter alia, 42 U.S.C. § 1983 against Defendants Director Shinn, Warden Van Winkle, Warden Kimble, Assistant Director for Prison Operations Hetmer, Attorney General Brnovich, and John Doe, Arizona-licensed pharmacist. Plaintiff's undersigned counsel then contacted Assistant Attorney General Jeffrey Sparks presenting several AO 398 forms for the waiver of formal service of the various defendants.

On May 20, 2022, the Court ordered Plaintiff to "either effect service of the Complaint and Summons on each Defendant with a copy of this Order or obtain a waiver of such service." Doc. 5 at 3. The Court further instructed that "[a] Defendant who agrees to waive service of the Summons and Complaint must return the signed waiver forms to the United States Marshal, not the Plaintiff, **within 5 days of service of the Summons and Complaint or service of a waiver of the Summons and Complaint** pursuant to Federal Rule of Civil Procedure 4(d)(1)(F) to avoid being charged the cost of personal service." *Id.* (emphasis in original).

In correspondence with the undersigned concerning the AO 398 forms, Mr. Sparks agreed to accept service on behalf of the named Defendants except for Defendant John Doe. As to this Defendant, Mr. Sparks declined to accept service on the ground that the Attorney General's Office does not represent him. Mr. Sparks stated he is not aware of Defendant John Doe having counsel with respect to any litigation and believed his office "would be precluded from providing the identity of any counsel by A.R.S. 13-757(C)."

Mr. Sparks has further advised Plaintiff on May 25, 2022, to file the present Notice

to apprise the Court of his acceptance of service on behalf of Messrs. Shinn, Van Winkle, Kimble, Hetmer, and Brnovich (*supra*).

Respectfully submitted, this the 25th day of May, 2022,

/s/ *Joseph J. Perkovich*
Joseph J. Perkovich
PHILLIPS BLACK, INC.
PO Box 4544
New York, NY 10163-4544
212.400.1660 (tel.)
j.perkovich@phillipsblack.org