JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

Attorneys for Frank Jarvis Atwood

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| FRANK JARVIS ATWOOD,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; JAMES KIMBLE, Warden, ASPC-Eyman; JEFF VAN WINKLE, Warden, ASPC-Florence; LANCE HETMER, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; MARK BRNOVICH, Attorney General of Arizona; JOHN DOE, Arizona-licensed Pharmacist,<br><br>Defendants. | No. CV-22-00860-PHX-MTL (JZB)<br><br>**AMENDED NOTICE OF MOTION FOR INJUNCTIVE RELIEF AND AMENDED COMPLAINT**<br><br>**This is a capital case.**<br><br>**EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

1

# AMENDED NOTICE

On May 24, 2022, pursuant to the Court's order entered May 20, 2022 (Doc. 005 at 4), Plaintiff filed a notice of his intention to file a motion for emergency injunctive relief by today, Thursday, May 26, 2022. Doc. 9 at 2. Plaintiff further stated he "anticipate[d] by that date amending his pleading, as of right, under Fed. R. Civ. P. 15(a)(1)(A)." *Id.*

Plaintiff hereby amends the foregoing notice to reflect that he now anticipates filing his amended complaint as of right later than today, May 26, 2022. Plaintiff is awaiting execution of a declaration that will accompany the amendment and undersigned counsel now understands it will not be available today. Pending before the Court are further notices from various Defendants represented by the Attorney General (Doc. 10), and Plaintiff (Doc. 11), concerning scheduling. Plaintiff hereby slightly modifies the schedule he proposed yesterday thusly:

- Plaintiff shall file his preliminary injunction motion by Thursday, May 26, 2022, at 11:59 p.m.
- Plaintiff shall file his amended complaint by Friday, May 27, 2022, at 11:59 p.m.
- Defendants shall file any response to the motion by Tuesday, May 31, 2022, at 3:00 p.m.
- Plaintiff shall file any reply by Thursday, June 2, at 5:00 p.m.

Respectfully submitted, this the 26th day of May, 2022,

/s/ *Joseph J. Perkovich*
Joseph J. Perkovich
PHILLIPS BLACK, INC.
PO Box 4544
New York, NY 10163-4544
212.400.1660 (tel.)
j.perkovich@phillipsblack.org
