1  JOSEPH J. PERKOVICH, ESQ.
   NY Bar No. 4481776
2  Phillips Black, Inc.
   PO Box 4544
3  New York, NY 10163
   Tel: (212) 400-1660
4  j.perkovich@phillipsblack.org

5
   AMY P. KNIGHT, ESQ.
6  AZ Bar No. 031374
   Knight Law Firm, PC
7  3849 E Broadway Blvd, #288
   Tucson, AZ 85716-5407
8  Tel: (520) 878-8849
   amy@amyknightlaw.com
9
   DAVID A. LANE, ESQ.
10 CO Bar No. 16422
   Killmer, Lane & Newman, LLP
11 1543 Champa Street, Suite 400
   Denver, Colorado   80202
12 Tel:  (303) 571-1000
   dlane@kln-law.com
13

14 REID ALLISON, ESQ. (*pro hac vice* pending)
   CO Bar No. 52754
15 Killmer, Lane & Newman, LLP
   1543 Champa Street, Suite 400
16 Denver, Colorado   80202
   Tel:  (303) 571-1000
17 rallison@kln-law.com

18 *Attorneys for Frank Jarvis Atwood*

19

20

21

22

23

24

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| FRANK JARVIS ATWOOD,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; JAMES KIMBLE, Warden, ASPC-Eyman; JEFF VAN WINKLE, Warden, ASPC-Florence; LANCE HETMER, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; MARK BRNOVICH, Attorney General of Arizona; JOHN DOE, Arizona-licensed Pharmacist,<br><br>    Defendants. | CASE NO. 2:22-cv-00860-JAT-JZB<br><br>**PLAINTIFF'S EXPEDITED SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION FROM DEFENDANT DAVID SHINN, IN HIS OFFICIAL CAPACITY**<br><br>**This is a capital case. Execution set for 10 a.m. June 8, 2022** |

1.  Plaintiff Frank Atwood by and through his counsel, hereby submits the following Expedited Set of Interrogatories and Requests for Production of Documents to Defendant David Shinn, Director of the Arizona Department of Corrections, Rehabilitation & Reentry, in his official capacity, to be answered in writing, under oath, and to produce the documents requested by noon, May 30, 2022, pursuant to Rules 6, 26, 33, 34, and 36 of the Federal Rules of Civil Procedure.

**DEFINITIONS AND INSTRUCTIONS**

2.  "You," "your," and "Defendant," means Defendant David Shinn in his official capacity. This includes but is not limited to agents, representatives,

employees, contractors, servants, and all other persons acting on behalf of or representing Defendant, including Defendant's attorneys.

3. In answering these discovery requests, you shall furnish all such information as is available or known to you and your representatives and agents, including your attorneys, unless such information is claimed to be privileged from discovery. Should you claim privilege, set forth in detail in your answers hereto the grounds for such claim and the general nature of the information as to which you claim a privilege.

4. **Confidentiality:** Whenever in these requests there is a request for a response and/or a request to produce a document to which Defendant alleges confidentiality and, which therefore, may be subject to the terms of a Stipulated Protective Order, Defendant is to so indicate in his or her responsive pleading and produce the response and/or document along with a clear designation of the proposed confidentiality.

5. As used herein, the term "document(s)" means: all manner of written, typewritten, printed or recorded material whatsoever, including any graphic, mechanical or oral records or recordings of any kind, correspondence, letters, memoranda, records of meeting or conferences, agreements, reports, statements, personnel or personnel-type files, summaries, drafts, interoffice and intraoffice communications, electronic mail, offers, notes of conversations, records of phone calls or meetings, summaries, and printed matter.

6. Whenever in these requests there is a request to provide or state the

identity of a person, provide as to each such person the following information:

    a. His, her or its name;

    b. His, her or its present or last known address and telephone number;

    c. His, her or its present business address, business telephone, name of employer, and job title.

7. In the event you withhold from identification any document as privileged, you are requested to provide a list of the documents withheld and state the following information with respect to each document withheld:

    a. The date appearing on the document and, if it has no date, the date, or approximate date, on which it was prepared;

    b. The title or label of the document;

    c. The name and current address of the person(s) who signed the document or, if it was not signed, the name and current address of the person(s) who prepared it;

    d. The name and current address of the person(s) to whom the document was directed and the person(s) to whom a copy of the document was directed;

    e. A general description of the subject matter(s) to which the document relates;

    f. The grounds on which the document has been withheld.

8. If you know that any document(s) falling within the scope of these requests has been destroyed or lost, redacted or altered in some way from its original form, or is unavailable for any reason, you are requested to produce a written list of any

such document(s), identifying each document as follows:

 a. The date;

 b. The request(s) the document pertains to;

 c. The addresser's or author's name, title and address;

 d. The addressee's or recipient's name, title and address;

 e. The name and address of every other person to whom the document was sent or shown;

 f. The subject matter of the document;

 g. The general character of the document;

 h. As nearly as possible, the exact content (or original content before redacted or altered) of the document; and

 i. The reason for its destruction, alteration or redaction, or unavailability.

9. Documents that you are to produce in response to these requests shall be produced electronically not later than noon, Monday, May 30, 2022 and sent to the email addresses of all counsel of record in this matter.

10. Each request is continuing. As required by the Rules of Civil Procedure if subsequent to serving a response to any request, Defendant obtains or becomes aware of any further information relating thereto, Defendant is required to amend or supplement the response thereto, setting forth such additional information and producing any and all documents related thereto but not previously produced.

## **INTERROGATORIES**


**INTERROGATORY NO. 1**: Please identify the pharmacist that the Arizona Department of Corrections, Rehabilitation, and Reentry retained to conduct pharmaceutical compounding of pentobarbital sodium solution for use in executions, including the execution of Plaintiff that is scheduled to be carried out on June 8, 2022. Responsive information should include the pharmacist's full name; job title and description and dates of contract/employment; and last known contact information including physical office address, email address and phone number.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO. 1**: Please produce any and all employment- or personnel-type documents pertaining to this pharmacist's contract/employment history with the Arizona Department of Corrections, Rehabilitation and Reentry. Responsive information should include the pharmacist's full name; job title and description and dates of employment; and last known contact information.

Respectfully submitted, this the 26th day of May, 2022,

*s/ David A. Lane*
DAVID A. LANE, ESQ.
CO Bar No. 16422
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado   80202
Tel:  (303) 571-1000
dlane@kln-law.com