# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00860-PHX-MTL (JZB) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF PRELIMINARY INJUNCTION** |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist, | **This is a capital case.** **EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |
| Defendants. | |

Plaintiff, by his Motion for Temporary Restraining Order/Preliminary Injunction, having shown good cause Pursuant to Federal Rule of Civil Procedure 65 for entry of a preliminary injunction, it is hereby ordered Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, are prohibited from executing Mr. Atwood according to the Department's Execution Procedures effective until such time as Defendants can assure this Court that Mr. Atwood's execution would be in compliance with the Sixth, Eighth, and Fourteenth

Amendments to the United States Constitution.

                                                  _____

                                                  UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

.