# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00860-PHX-MTL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

In this civil rights action challenging aspects of Arizona's execution protocol, Plaintiff filed an Emergency Motion for Preliminary Injunction seeking to prevent Defendants from executing him in accordance with provisions of the protocol that, in Plaintiff's view, violates his constitutional and statutory rights (Doc. 16). The Court has also reviewed the Notices filed by both parties proposing briefing schedules for the emergency motion.

**IT IS ORDERED:**

(1) Defendants must respond to Plaintiff's Emergency Motion for Preliminary Injunction no later than **5:00 p.m. on Tuesday, May 31, 2022**.

(2) Plaintiff must reply in support of his Emergency Motion for Preliminary Injunction no later than **5:00 p.m. on Thursday, June 2, 2022**.

(3) This matter is set for a Preliminary Injunction hearing on **Friday, June 3, 2022, at 2:00 p.m.**, before the Honorable Michael T. Liburdi in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003.

Dated this 27th day of May, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge