# EXHIBIT

I, ███████████████, hereby declare as follows:

1. I am over 18 years of age and would testify to the following based on my first-hand knowledge.
2. I am the Housing Unit 9 Section Leader for the Arizona Department of Corrections, Rehabilitation & Reentry (ADCRR).
3. Pursuant to Attachment D to the ADCRR's Department Order 710, I am responsible for maintaining custody of the compounded pentobarbital that will be used in the execution of Frank Atwood on June 8, 2022.
4. As required by Section A(1)(III) of Attachment D, I have ensured "that complete sets of chemicals are on site, not expired, and immediately available for use." Specifically, I have been informed that ADCRR's compound pharmacist assigned a beyond use date of October 6, 2022 to the compounded pentobarbital that will be used in the execution of Frank Atwood on June 8, 2022.

DATED this 23rd day of May, 2022.