*Atwood v. Shinn, et al.*, CV 22–00860–PHX–MTL (JZB)

# Exhibit A

I, ▮▮▮▮▮▮▮▮ hereby declare as follows:

1. I am over 18 years of age and would testify to the following based on my first-hand knowledge.
2. I am employed by the Arizona Department of Corrections, Rehabilitation and Reentry.
3. Beginning on May 3, 2022, Inmate Frank Atwood has been housed in a cell under 24-hour video monitoring.
4. The four attached photographs are still images from the video monitor in Frank Atwood's cell.
5. The time and date indicated at the top of each of the four images accurately reflect the time and date that each still image was taken from the video monitoring system.

DATED this 31st day of May, 2022.

▮▮▮▮▮▮▮▮







