JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ. (*pro hac vice*)
CO Bar No. 16422
REID ALLISON, ESQ. (*pro hac vice*)
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com
*Attorneys for Frank Jarvis Atwood*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUSCON DIVISION

| | |
|---|---|
| Frank Jarvis Atwood, | CASE NO. 22-00860-JAT-JZB |
| Plaintiff, | **NOTICE OF FILING FIRST AMENDED COMPALINT** |
| v. | |
| David Shinn, Director, Arizona | |

1

Department of Corrections Rehabilitation
& Recovery; James Kimble, Warden,
ASPC-Eyman; Jeff Van Winkle, Warden,
ASPC-Florence; Lance Hetmer, Assistant
Director for Prison Operations, Arizona
Department of Corrections Rehabilitation
& Recovery,

                Defendants.

**This is a capital case.**

      Plaintiff, by and through his undersigned counsel of record, hereby provide Notice

that they have filed his First Amended Complaint and Jury Demand, pursuant to Fed.

R.Civ.P. 15(a)(1)(B). The redlined version of the pleading is attached hereto as **Exhibit 1**

and the clean version was filed on the docket on Friday, May 27, 2022 at [Doc. 21].

      DATED: May 31, 2022

                              Respectfully submitted,

                              /s/ *Joseph J. Perkovich*

                              Counsel for Frank Jarvis Atwood