IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,<br><br>　　　　Defendants. | No. CV-22-00860-PHX-MTL (JZB)<br><br>**[PROPOSED] ORDER SEVERING CLAIMS VI AND VII**<br><br>**EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

　　Plaintiff has moved the Court, without opposition, to sever Claims VI and VII of his Amended Complaint pursuant to Fed. R. Civ. P. 21.

**IT IS ORDERED**:

　(1) Claims VI and VII are severed from the Amended Complaint and Defendant John Doe is dismissed from those two claims; and

　(2) The Clerk of Court shall assign a new case number and docket Plaintiff's complaint consisting only of the severed Claims VI and VII, a copy of which

accompanies this order. A copy indicating the differences from the current Amended Complaint also accompanies this order.[1]

Dated this ___ day of June 2022.

                                                                                          _____
                                                                                          United States District Judge

---

[1] [Should the Court so instruct Plaintiff, he would promptly file a Notice of Filing under LRCiv 15.1(b) and therewith attach the redline copy of this complaint.]

.