MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)
JEFFREY SPARKS (AZ BAR NO. 27536)
DEPUTY SOLICITOR GENERAL/
SECTION CHIEF OF CAPITAL LITIGATION
LAURA P. CHIASSON (AZ BAR NO. 19025)
ASSISTANT ATTORNEY GENERAL
CAPITAL LITIGATION SECTION
400 WEST CONGRESS, BLDG. S–215
TUCSON, ARIZONA 85701–1367
TELEPHONE: (520) 628–6520
CLDOCKET@AZAG.GOV
ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　　Plaintiff,<br><br>　　　-vs-<br><br>David Shinn, et al.,<br><br>　　　Defendants. | CV 22–00860–PHX–MTL (JZB)<br><br>**NOTICE OF CLARIFICATION RE: RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |

Defendants David Shinn, James Kimble, Jeff Van Winkle, Lance Hetmer, and Mark Brnovich (collectively Defendants)[1] seek to clarify two factual matters regarding their Response to Motion for Temporary Restraining Order and/or Preliminary Injunction. Dkt. 23.

First, Defendants stated that "they have provided [Plaintiff] with a specialized pillow that allows him to sleep on his back. Using this pillow, Atwood is able to lie on his back, as can be seen in the photographs attached as Exhibit A." Dkt. 23, at 3–4. In fact, Plaintiff has not been provided with a specialized pillow, but rather with an extra pillow. In the photographs attached to Defendants'

---

[1] The Arizona Attorney General does not represent the Doe defendant. Therefore, references to "Defendants" do not include the Doe defendant.

response, Plaintiff is using an extra pillow and/or rolled or folded blanket to lie on his back. Dkt. 23, Exhibit A.

Second, Defendants stated that they would provide Plaintiff's "specialized" pillow that he uses to lie on his back to "use during the execution to alleviate the pain he would otherwise suffer," and that if that pillow "is not firm enough, ADCRR will provide a newer (and firmer) wedge pillow for use during his execution." Dkt. 23, at 4 & n.4. Defendants, however, will not provide Plaintiff with the extra pillow shown in the photographs attached to Defendants' response for use during the execution. Instead, Defendants will place a medical wedge pillow on the execution table so that during the execution, Atwood will be able to lie in a similar position as shown in the photographs attached to Defendants' response. The photographs attached to this Notice depict the execution table with the medical wedge pillow that will be used.

RESPECTFULLY SUBMITTED this 1st day of June, 2022.

Mark Brnovich
Attorney General

/s/ Jeffrey Sparks
Deputy Solicitor General/
Section Chief of Capital Litigation
Laura P. Chiasson
Assistant Attorney General
Attorneys for Defendants

I hereby certify that on June 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Joseph J. Perkovich
Phillips Black, Inc.
P.O. Box 4544
New York, NY 10163
j.perkovich@phillipsblack.org

Amy P. Knight
Knight Law Firm, PC
3849 E. Broadway Blvd., #288
Tucson, AZ 85716-5407
amy@amyknightlaw.com

David A. Lane
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@kln-law.com
rallison@kln-law.com

Attorneys for Plaintiff

/s/L. Fielding

SNV9W73J0DXY0C

3

Attachment









