# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00860-PHX-MTL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court set a Preliminary Injunction hearing for Friday June 3, 2022, at 2:00 p.m. to hear argument and testimony on Plaintiff's Motion for Preliminary Injunction.

**IT IS THEREFORE ORDERED** that the parties must file a joint statement no later than **June 2, 2022,** setting forth the following information:

1. Counsel for the Parties
2. Witnesses—all witnesses must appear in person except for Plaintiff Frank Atwood. The parties must make arrangements for Plaintiff to appear telephonically. Any other witness seeking to appear telephonically must file a motion setting forth extraordinary circumstances precluding their personal appearance.
3. Exhibits—the parties must identify any exhibits they plan to introduce during the hearing.

Dated this 1st day of June, 2022.

Michael T. Liburdi
United States District Judge