JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ. (*pro hac vice*)
CO Bar No. 16422
REID ALLISON, ESQ. (*pro hac vice*)
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com
*Attorneys for Frank Jarvis Atwood*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00860-PHX-MTL (JZB) |
| Plaintiff, | **MOTION TO ALLOW TELEPHONIC APPEARANCE BY WITNESS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation | |

1

| | |
|---|---|
| & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,<br><br>Defendants. | **EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

On May 27, 2022, Court scheduled a hearing on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction for Friday, June 3, 2022 at 2:00 pm (Doc. 17). On June 1, 2022, this Court ordered that all witnesses except Plaintiff must appear in person, and that "[a]ny other witness seeking to appear telephonically must file a motion setting forth extraordinary circumstances precluding their personal appearance" (Doc. 28).

There is one witness for the Plaintiff who is unable to appear in person on June 3. Dr. Joel Zivot, M.D., is an attending physician in the cardio-thoracic intensive care unit at Emory University Hospital in Atlanta. He is responsible for this unit beginning at 5:00 p.m. on Friday, June 3, and his duty continues until the following Friday. The intensive care unit for which he is responsible has a duty schedule made far in advance that is inflexible. Dr. Zivot's expertise is such that he cannot simply be replaced; he has 27 years' experience in anesthesiology and critical care medicine and is board certified in both disciplines. Very ill patients in the intensive care unit are depending on his care. Because Atlanta is three hours ahead of Phoenix, and a direct flight between Phoenix and

Atlanta takes 3.5 hours, there would be no way for Dr. Zivot to appear in person at the scheduled hearing and make it back to Atlanta in time to meet his obligation to these patients. Indeed, the hearing and his duty begin at the same time.

Dr. Zivot is a crucial witness for the Plaintiff. His declaration, attached to the Amended Complaint as Exhibit 3 and to the Motion for Preliminary Injunction as Exhibit 5, supplies much of the factual support for Mr. Atwood's claims regarding the positioning of his body during the scheduled execution. Dr. Zivot is especially critical because he is the only expert witness who has had the opportunity to personally examine Mr. Atwood.

DATED: June 1, 2022

Respectfully submitted,

/s *Joseph J. Perkovich*

Joseph J. Perkovich
Amy P. Knight
David Lane
Reid Allison

Attorneys for Frank Atwood