IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>    Plaintiff,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,<br><br>    Defendants. | CASE NO. 22-00860-PHX-MTL (JZB)<br><br>**[PROPOSED] ORDER ALLOWING TELEPHONIC APPEARANCE**<br><br>**EXECUTION WARRANT ISSUED FOR JUNE 8, 2022 10:00 A.M.** |

Upon motion of the Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's witness Joel Zivot, M.D. may appear by telephone or videoconference at the hearing on Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction scheduled for Friday, June 3, 2022 at 2:00 pm in Phoenix, Arizona.

DATED: June __, 2022

_____
United States District Judge

1