MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)
JEFFREY SPARKS (AZ BAR NO. 27536)
DEPUTY SOLICITOR GENERAL/
SECTION CHIEF OF CAPITAL LITIGATION
LAURA P. CHIASSON (AZ BAR NO. 19025)
ASSISTANT ATTORNEY GENERAL
CAPITAL LITIGATION SECTION
400 WEST CONGRESS, BLDG. S–215
TUCSON, ARIZONA 85701–1367
TELEPHONE: (520) 628–6520
CLDOCKET@AZAG.GOV

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>Plaintiff,<br><br>-vs-<br><br>David Shinn, et al.,<br><br>Defendants. | CV 22–00860–PHX–MTL (JZB)<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO ALLOW TELEPHONIC APPEARANCE BY WITNESS** |

Defendants David Shinn, James Kimble, Jeff Van Winkle, Lance Hetmer, and Mark Brnovich[1] do not object to Plaintiff's Motion to Allow Telephonic Appearance by Witness.  Dkt. 29.

RESPECTFULLY SUBMITTED this 2nd day of June, 2022.

                                      Mark Brnovich
                                      Attorney General

                                      <u>/s/ Jeffrey Sparks</u>
                                      Deputy Solicitor General/
                                      Section Chief of Capital Litigation
                                      Laura P. Chiasson
                                      Assistant Attorney General
                                      Attorneys for Defendants

---

[1] The Arizona Attorney General does not represent the Doe defendant.

I hereby certify that on June 2, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Joseph J. Perkovich
Phillips Black, Inc.
P.O. Box 4544
New York, NY 10163
j.perkovich@phillipsblack.org

Amy P. Knight
Knight Law Firm, PC
3849 E. Broadway Blvd., #288
Tucson, AZ 85716-5407
amy@amyknightlaw.com

David A. Lane
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
dlane@kln-law.com
rallison@kln-law.com

Attorneys for Plaintiff

/s/Liz Gallagher

S3TVOQ3V0FFG7V

2