JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ. (*pro hac vice*)
CO Bar No. 16422
REID ALLISON, ESQ. (*pro hac vice*)
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com
*Attorneys for Frank Jarvis Atwood*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00860-PHX-MTL (JZB) |
| Plaintiff, | **JOINT STATEMENT CONCERNING PRELIMINARY INJUNCTION HEARING (6/3/22), SUBMITTED BY PLAINTIFF ON BEHALF OF THE PARTIES** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation | |

1

|  |  |
|---|---|
| & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,<br><br>                                Defendants. | **EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

Pursuant to this Court's order instructing the parties to file a joint statement (Doc. 28), the parties hereby submit the following information:

Counsel for Defendants: Jeffrey Sparks and Laura Chiasson

Counsel for Plaintiff:  David Lane; Joseph Perkovich; Amy Knight; and Samuel Kooistra.

The parties further designate witnesses and exhibits via the lists attached to this filing.

DATED: June 2, 2022

                                                        Respectfully submitted,

                                                        /s *Joseph J. Perkovich*

                                                        Joseph J. Perkovich
                                                        Amy P. Knight
                                                        David Lane


                                                        Attorneys for Frank Atwood