UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

[✓] Preliminary Injunction    [ ] TRO    [ ] Non-Jury Trial    [ ] Jury Trial

Case Number  CV-22-00860-PHX-MTL          Judge Code ___    Date 6/3/22

Frank Jarvis Atwood _____  vs. David Shinn, et al. _____

[✓] Plaintiff/Petitioner          [ ] Defendant/Respondent

| NAME | SWORN | APPEARED |
|------|-------|----------|
| James H. Ruble | | |
| Amanda Bass | | |
| Joel B. Zivot | | |
| Donna Hamm | | |
| Kenneth Rose | | |
| Janice Feinbaum | | |
| | | |
| | | |
| | | |
| | | |