UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☑ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: CV-22-00860-PHX-MTL (JZB)   Judge Code: ___   Date: 6/3/22

Frank Jarvis Atwood   vs.   David Shinn, et. al.,

☑ Plaintiff/Petitioner  ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | | 1992-04-10 Declaration of Kenneth Rose |
| 2 | | | 1992-04-014 Declaration of Donna Hamm |
| 3 | | | 2017-06-21 Woods Stipulation |
| 4 | | | 2020-12-03 Supplemental Declaration of Dr. Joel Zivot |
| 5 | | | 2022-05-17 Declaration of Joel Zivot |
| 6 | | | 2021-05-14 James H Ruble Declaration |
| 7 | | | 2021-07-07 James H Ruble Declaration |
| 8 | | | 2022-01-20 Declaration of James H. Ruble |
| 9 | | | 2022-04-21 Declaration of James H. Ruble |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

✓ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: CV-22-00860-PHX-MTL (JZB)   Judge Code: ___   Date: 6/3/22

Frank Jarvis Atwood vs. David Shinn, et. al.,

✓ Plaintiff/Petitioner  ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 10 | | | 2022-05-18 Declaration of James H. Ruble, PharmD, JD |
| 11 | | | 2022-0-05 Declaration of John Doe re Dixon |
| 12 | | | 2022-04-20 ADCRR DO 710 Amendment |
| 13 | | | 2022-05-04 Declaration of James S. Williams |
| 14 | | | 2022-05-18 Declaration of Amanda Bass |
| 15 | | | 2022-05-27 Supplemental Declaration of Amanda C. Bass |
| 16 | | | 2022-06-03 Declaration of Janice Feinbaum |
| | | | |
| | | | |