UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ **Preliminary Injunction**  ☑ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: CV-22-00860-PHX-MTL    Judge Code: __    Date: 6/3/2022

Frank Jarvis Atwood  vs.  David Shinn, et al.,

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Adam Young | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |