# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | CV 22–00860–PHX–MTL (JZB) |
| Plaintiff, | |
| -vs- | **[PROPOSED] ORDER** |
| David Shinn, et al., | |
| Defendants. | |

Upon motion duly made and good cause appearing,

IT IS HEREBY ORDERED granting Defendants' Leave to File a Sur-Reply to Plaintiff's Reply to Response to Motion for Temporary Restraining Order and/or Preliminary Injunction.

DATED this _____ day of June, 2022.

_____
Honorable Michael T. Liburdi
United States District Judge