# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00860-PHX-MTL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

**IT IS ORDERED** that Defendants' Motion for Leave to File a Sur-Reply (Doc. 37) is granted.

**IT IS FURTHER ORDERED** directing the Clerk of Court to file Defendants' sur-reply, (lodged at Doc. 37-1).

There shall be no further briefing on Plaintiff's Motion for Preliminary Injunction.

Dated this 3rd day of June, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge