MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

JEFFREY L. SPARKS (AZ BAR NO. 27536)
DEPUTY SOLICITOR GENERAL
SECTION CHIEF OF CAPITAL LITIGATION
LAURA P. CHIASSON (AZ BAR NO. 19025)
GINGER JARVIS (AZ BAR NO. 014487)
ASSISTANT ATTORNEYS GENERAL
CAPITAL LITIGATION SECTION
400 WEST CONGRESS, BLDG. S–215
TUCSON, ARIZONA  85701–1367
TELEPHONE: (520) 628–6520
CLDOCKET@AZAG.GOV
ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>Plaintiff,<br><br>-vs-<br><br>David Shinn, et al.,<br><br>Defendants. | CV 22–00860–PHX–MTL (JZB)<br><br><br>**NOTICE OF APPEARANCE**<br><br><br>**[CAPITAL CASE]** |

Defendants hereby notice the appearance of Assistant Attorney General, GINGER JARVIS, as Defendants' co-counsel of record for these proceedings. Please send all future orders and other correspondence to undersigned counsel at the address indicated at the top of this page

RESPECTFULLY SUBMITTED this 3rd day of June, 2022.

        Mark Brnovich
        Attorney General

        Jeffrey L. Sparks
        Deputy Solicitor General
        Section Chief of Capital Litigation

        /s/ Ginger Jarvis
        Assistant Attorney General

        Laura P. Chiasson
        Assistant Attorney General
        Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document using ECF on the following registered participants of the ECF System:

Joseph J. Perkovich
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

Amy P. Knight
Knight Law Firm, PC
3849 E. Broadway Blvd., #288
Tucson, AZ 85716
Tel: (520) 878-8849
amy@amyknightlaw.com

David A. Lane
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com

Attorneys for Plaintiff


s/ Maria Palacios