Sam Kooistra
Arizona Capital Representation Project
25 S. Grande Ave
Tucson, Arizona 85745
Phone (520) 229-8550
sam@azcapitalproject.org
Arizona State Bar No. 032776

Counsel for Plaintiff Frank Jarvis Atwood

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br>           Plaintiff,<br>v.<br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation,<br>           Defendant | No. CV-22-00860-PHX-MTL (JZB)<br><br>CAPITAL CASE<br><br>**NOTICE OF APPEARANCE** |

    Undersigned counsel, Sam Kooistra, of the Arizona Capital Representation Project, hereby enters his appearance on behalf of Frank Jarvis Atwood as counsel of record in these proceedings. Counsel certifies that he is admitted to practice and appear before this Court and is registered to file documents electronically with the Court.

    Respectfully submitted this 3rd day of June, 2022.

                                            /s/*Sam Kooistra*
                                            Sam Kooistra
                                            Counsel for Plaintiff

I hereby certify that on June 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Jeffrey Lee Sparks
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-4686
Email: jeffrey.sparks@azag.gov

Laura Patrice Chiasson
Office of the Attorney General
400 W Congress St., Ste. S315
Tucson, AZ 85701
520-628-6656
Fax: 520-628-6878
Email: laura.chiasson@azag.gov