**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Michael T. Liburdi | **Date:** June 3, 2022 |
| **Case Number:** CV-22-00860-PHX-MTL (JZB) | |
| **Atwood v. Shinn et al** | |

**APPEARANCES:**

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Amy Pickering Knight | Laura Patrice Chiasson |
| Joseph Perkovich | Jeffrey Lee Sparks |
| David A. Lane | |

**PRELIMINARY INJUNCTION HEARING:**

2:04 p.m. This is the time set for Preliminary Injunction Hearing. Plaintiff Frank Atwood in present telephonically. By stipulation of the parties, Plaintiff's Exhibits 1-16 and Defendants' Exhibits 50-58 are admitted. Dr. James Ruble is sworn and examined. 3:26 p.m. Court stands at recess.

3:39 p.m. Court reconvenes. Dr. James Ruble is further examined. Witness is excused, subject to recall. Amanda Bass is sworn and examined. Witness is excused, subject to recall. Dr. Joel Zivot, appearing telephonically, is sworn and examined. Witness is excused, subject to recall. The parties present oral argument.

**IT IS ORDERED** taking the matter under advisement.

5:59 p.m. Court Adjourned.

| | |
|---|---|
| Deputy Clerk: Amber Ocamb | **2 HR 42 Mins.** |
| Court Reporter: Barbara Stockford | **Start: 2:04 PM** |
| | **Stop: 5:59 PM** |