JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ. (*pro hac vice*)
CO Bar No. 16422
REID ALLISON, ESQ. (*pro hac vice*)
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com
*Attorneys for Frank Jarvis Atwood*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Frank Jarvis Atwood, <br><br>  Plaintiff, <br><br> v. <br><br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation | No. CV-22-00860-PHX-MTL (JZB) <br><br> **SUPPLEMENT TO EXHIBITS (EXHIBIT 36)** |

1

| | |
|---|---|
| & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,<br><br>                    Defendants. | **EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

**NOTICE**

Attached hereto is the Declaration of Kent R. Olson, M.D., executed June 4, 2022, concerning Dr. Olson's trial testimony in 1993 in *Fierro v. Gomez*, C-92-1482-MHP (N.D. Cal.). That district court relied heavily upon Dr. Olson's testimony in concluding that the California execution protocol's permission of the administration of hydrogen cyanide gas violated the Eighth and Fourteenth Amendments to the United States Constitution. *Fierro v. Gomez*, 865 F. Supp. 1387, 1415 (N.D. Cal. 1994).

As set forth in Dr. Olson's attached declaration, he has encountered nothing since his trial testimony to call into question the reliability and accuracy of the views he expressed at that time.

Plaintiff respectfully submits this supplemental exhibit in support of his Amended Complaint (Doc. 21), and thus identifies the declaration and its attached transcript of Dr. Olson's October 25, 1993, testimony in *Fierro* as Exhibit 36.

Plaintiff hereby invokes Exhibit 36 in supplement to his submissions by motion (Doc. 16) and through exhibits to the June 3, 2022, hearing (Doc. 36-2), with respect to his pending request for injunctive relief.

DATED: June 4, 2022

Respectfully submitted,

/s *Joseph J. Perkovich*

Joseph J. Perkovich
Amy P. Knight
David Lane
Reid Allison

Attorneys for Frank Atwood

.