1  JOSEPH J. PERKOVICH, ESQ.
   NY Bar No. 4481776
2  Phillips Black, Inc.
3  PO Box 4544
   New York, NY 10163
4  Tel: (212) 400-1660
   j.perkovich@phillipsblack.org
5

6  AMY P. KNIGHT, ESQ.
   AZ Bar No. 031374
7  Knight Law Firm, PC
   3849 E Broadway Blvd, #288
8  Tucson, AZ 85716-5407
9  Tel: (520) 878-8849
   amy@amyknightlaw.com
10

11 DAVID A. LANE, ESQ. (*pro hac vice*)
   CO Bar No. 16422
12 REID ALLISON, ESQ. (*pro hac vice*)
   CO Bar No. 52754
13 Killmer, Lane & Newman, LLP
14 1543 Champa Street, Suite 400
   Denver, Colorado 80202
15 Tel: (303) 571-1000
   dlane@kln-law.com
16 rallison@kln-law.com
17 *Attorneys for Frank Jarvis Atwood*

18

19                **IN THE UNITED STATES DISTRICT COURT**
20                       **FOR THE DISTRICT OF ARIZONA**

21 | Frank Jarvis Atwood,                               | No. CV-22-00860-PHX-MTL (JZB)

22 |        Plaintiff,                                  | **NOTICE**

23 |   v.

24 | David Shinn, Director, Arizona                     | **EXECUTION WARRANT ISSUED**
25 | Department of Corrections, Rehabilitation          | **FOR JUNE 8, 2022, 10:00 A.M.**
   | & Reentry; James Kimble, Warden,
26 | ASPC-Eyman; Jeff Van Winkle, Warden,

1

ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,

                        Defendants.

# NOTICE

PLAINTIFF attempted to file a Notice of Appeal but misfiled a different document as Doc. 47. Doc. 47 is thus erroneously filed as a Notice of Appeal.

DATED: June 4, 2022

                        Respectfully submitted,

                        /s *Joseph J. Perkovich*

                        Joseph J. Perkovich
                        Amy P. Knight
                        David Lane
                        Reid Allison

                        Attorneys for Frank Atwood