1  JOSEPH J. PERKOVICH, ESQ.
   NY Bar No. 4481776
2  Phillips Black, Inc.
3  PO Box 4544
   New York, NY 10163
4  Tel: (212) 400-1660
   j.perkovich@phillipsblack.org
5

6  AMY P. KNIGHT, ESQ.
   AZ Bar No. 031374
7  Knight Law Firm, PC
   3849 E Broadway Blvd, #288
8  Tucson, AZ 85716-5407
9  Tel: (520) 878-8849
   amy@amyknightlaw.com
10

11 DAVID A. LANE, ESQ. (*pro hac vice*)
   CO Bar No. 16422
12 REID ALLISON, ESQ. (*pro hac vice*)
   CO Bar No. 52754
13 Killmer, Lane & Newman, LLP
14 1543 Champa Street, Suite 400
   Denver, Colorado 80202
15 Tel: (303) 571-1000
   dlane@kln-law.com
16 rallison@kln-law.com
17 *Attorneys for Frank Jarvis Atwood*

18

19              **IN THE UNITED STATES DISTRICT COURT**
20                  **FOR THE DISTRICT OF ARIZONA**

21 | Frank Jarvis Atwood,                              | No. CV-22-00860-PHX-MTL (JZB)
22 |         Plaintiff,                                | **NOTICE OF APPEAL**
23 |   v.                                              |
24 | David Shinn, Director, Arizona                    | **EXECUTION WARRANT ISSUED**
25 | Department of Corrections, Rehabilitation         | **FOR JUNE 8, 2022, 10:00 A.M.**
   | & Reentry; James Kimble, Warden,                  |
26 | ASPC-Eyman; Jeff Van Winkle, Warden,              |

|   |   |
|---|---|
| 1 | ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist, |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

Defendants.

PLAINTIFF appeals to the United States Court of Appeals for the Ninth Circuit the denial of his Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 16), by this Court's Order entered June 4, 2022 (Doc. 46, the "Order"). The Order made additional rulings concerning Counts VI and VII in the Amended Complaint (Doc. 21), including "that because there is no just reason for delay *see* Fed. R. Civ. P. 54(b), the Clerk of Court must **enter judgment** as to Counts VI and VII." Doc. 46 at 11 (emphasis in original). The imminent judgment to be entered upon Counts VI and VII shall be the subject of a separate Notice of Appeal, which Plaintiff shall imminently file.

By this Notice of Appeal, Plaintiff appeals the Order's denial of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 16).

DATED: June 4, 2022

Respectfully submitted,

/s *Joseph J. Perkovich*

Joseph J. Perkovich
Amy P. Knight
David Lane
Reid Allison

Attorneys for Frank Atwood

2