JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

*Additional counsel listed on signature page*

*Attorneys for Frank Jarvis Atwood*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>             Plaintiff,<br><br>    v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,<br><br>             Defendants. | No. CV-22-00860-PHX-MTL (JZB)<br><br>**NOTICE OF APPEAL**<br><br>**EXECUTION WARRANT ISSUED FOR JUNE 8, 2022, 10:00 A.M.** |

1

## NOTICE OF APPEAL

PLAINTIFF appeals to the United States Court of Appeals for the Ninth Circuit the dismissal of his Amended Complaint's Counts VI and VII, and the related entry of final judgment pursuant to Fed. R. Civ. P. 54(b), by this Court's Order entered June 4, 2022 (Doc. 46).

DATED: June 4, 2022

        Respectfully submitted,

        /s *Joseph J. Perkovich*
        JOSEPH J. PERKOVICH

        AMY P. KNIGHT

        DAVID A. LANE, ESQ. (*pro hac vice*)
        CO Bar No. 16422
        REID ALLISON, ESQ. (*pro hac vice*)
        CO Bar No. 52754
        Killmer, Lane & Newman, LLP
        1543 Champa Street, Suite 400
        Denver, Colorado 80202
        Tel: (303) 571-1000
        dlane@kln-law.com
        rallison@kln-law.com

        J. SAMUEL KOOISTRA, ESQ.
        Arizona State Bar No. 032776
        Arizona Capital Representation Project
        25 S. Grande Ave.
        Tucson, Arizona 85745
        Tel: (520) 229-8550
        sam@azcapitalproject.org

        *Attorneys for Frank Jarvis Atwood*