# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>       Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>       Defendants. | **NO. CV-22-00860-PHX-MTL (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered pursuant to the Order filed on 6/04/2022.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). Judgment is hereby entered in favor of Defendants as to Counts VI and VII only.

                                       Debra D. Lucas
                                       District Court Executive/Clerk of Court

June 6, 2022

                                       s/ Rebecca Kobza
                                 By  Deputy Clerk