UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☑ FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 0 7 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☑ Preliminary Injunction  ☐ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: CV-22-00860-PHX-MTL    Judge Code: __    Date: 6/3/22

Frank Jarvis Atwood vs. David Shinn, et al.

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| James H. Ruble | 6/3/22 | 6/3/22 |
| Amanda Bass | 6/3/22 | 6/3/22 |
| Joel B. Zivot | 6/3/22 | 6/3/22 |
| Donna Hamm | | |
| Kenneth Rose | | |
| Janice Friebaum | | |
| | | |
| | | |
| | | |
| | | |