UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction ☑ TRO ☐ Non-Jury Trial ☐ Jury Trial

FILED JUN 0 7 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

Case Number: CV-22-00860-PHX-MTL
Judge Code: __
Date: 6/3/2022

Frank Jarvis Atwood vs. David Shinn, et al.,

☐ Plaintiff/Petitioner ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Adam Young | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |