# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☑ TRO  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number: **CV-22-00860-PHX**  Judge Code: **MTL**  Date: **6/3/2022**

**Frank Jarvis Atwood** vs. **David Shinn, et al.,**

☐ Plaintiff/Petitioner  ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 50 | | 6/3/2022 | 5/16/2022 color photo of inmate Atwood at 12:56 a.m. |
| 51 | | 6/3/2022 | 5/17/2022 color photo of inmate Atwood at 4:45 a.m. |
| 52 | | 6/3/2022 | 5/17/2022 color photo of inmate Atwood at 6:22 a.m. |
| 53 | | 6/3/2022 | 5/18/2022 color photo of inmate Atwood at 4:06 a.m. |
| 54 | | 6/3/2022 | Color photo - front view of execution table |
| 55 | | 6/3/2022 | Color photo - right side view of execution table |
| 56 | | 6/3/2022 | Color photo - left side view of execution table |
| 57 | | 6/3/2022 | Color photo - back right side view of execution table |
| 58 | | 6/3/2022 | Color photo - back left side view of execution table |

FILED JUN 07 2022 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY