FILED

JUN 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| FRANK JARVIS ATWOOD, | No. 22-15821 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:22-cv-00860-MTL-JZB |
| v. | District of Arizona, Phoenix |
| DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; et al., | ORDER |
| Defendants-Appellees. | |

Before: S. R. THOMAS, Circuit Judge and Capital Case Coordinator

The three-judge panel has issued an opinion affirming the judgment of the district court as to this appeal and denying the request for a stay of execution. Any petition for rehearing or rehearing en banc as to either appeal must be filed by 11:30 a.m., Pacific time on June 7, 2022. If a petition for rehearing or petition for rehearing en banc is filed, the Appellees are permitted, but not required, to file a response brief no later than 1:30 p.m., Pacific time on June 7, 2022.