**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK JARVIS ATWOOD,<br><br>        Plaintiff-Appellant,<br>v.<br><br>DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; et al.,<br><br>        Defendants-Appellees. | No.   22-15821<br><br>D.C. No.<br>2:22-cv-00860-MTL-JZB<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: S. R. THOMAS, Circuit Judge and Capital Case Coordinator

The three-judge panel has issued an opinion affirming the judgment of the district court and denying the request for a stay of execution. The Appellant subsequently filed a Petition for Rehearing En Banc. Pursuant to the rules applicable to capital cases when an execution date has been scheduled, a deadline was established for any judge to request a vote on whether the panel opinion should be reheard en banc. No judge requested a vote within the established time period. Therefore, en banc proceedings with respect to the panel opinion are concluded. The Petition for Rehearing En Banc is denied. The panel opinion affirming the district court is the final order of this Court pertaining to this appeal.

The mandate shall issue forthwith.