UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FRANK JARVIS ATWOOD,

        Plaintiff - Appellant,

v.

DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; et al.,

        Defendants - Appellees.

No. 22-15821

D.C. No. 2:22-cv-00860-MTL-JZB
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered June 07, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7