UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANK JARVIS ATWOOD,<br><br>            Plaintiff-Appellant,<br><br>   v.<br><br>DAVID SHINN, Director, Arizona Department of Corrections, Rehabilitation & Reentry; et al.,<br><br>            Defendants-Appellees. | No.   22-15821<br><br>D.C. No.<br>2:22-cv-00860-MTL-JZB<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: McKEOWN, CALLAHAN, and IKUTA, Circuit Judges.

The pro se motion, filed by or on behalf of Rachel Atwood, Mr. Atwood's wife, seeks a stay of Mr. Atwood's execution.

Mrs. Atwood is not a party to this litigation, but we construe the motion as including a request to intervene and we grant that request.

The motion to stay execution is DENIED. The mandate has issued.