IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　Defendants. | No. CV-22-00860-PHX-MTL (JZB)<br><br>**ORDER** |

　　　　On May 19, 2022, Plaintiff Frank Atwood sued various Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") officials and Arizona Attorney General Mark Brnovich challenging aspects of ADCRR's Execution Protocol. On May 26, 2022, Plaintiff filed a Motion for Preliminary Injunction seeking an Order "prohibiting Defendants . . . from executing [Plaintiff] according to [ADCRR's] Execution Procedures . . . until such time as Defendants can assure this Court that [Plaintiff's] execution would be in compliance with the Sixth, Eighth, and Fourteenth Amendments to the United States Constitution." (Doc. 16 at 22).

　　　　After expedited briefing, the Court denied Plaintiff's request for emergency injunctive relief. That decision was affirmed on appeal. On June 8, 2022, Plaintiff was executed by lethal injection.

　　　　Because Plaintiff sought only injunctive relief, it appears that this action is moot. The Court will, however, require counsel for Plaintiff and Defendants to file a status report indicating what issues, if any, remain for resolution.

1   **IT IS THEREFORE ORDERED** that no later than **Friday, June 17, 2022**, counsel for Plaintiff and Defendants shall file a joint status report indicating what issues, if any, remain for resolution.

Dated this 10th day of June, 2022.

Michael T. Liburdi
United States District Judge