JOSEPH J. PERKOVICH
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

*Additional counsel listed on signature page*

*Attorneys for Frank Jarvis Atwood*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>  Plaintiff,<br><br>  v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation & Reentry; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections, Rehabilitation & Reentry; Mark Brnovich, Attorney General of Arizona; John Doe, Arizona-licensed Pharmacist,<br><br>  Defendants. | No. CV-22-00860-PHX-MTL (JZB)<br><br>**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS**<br><br>**This is a capital case.**<br><br>**EXECUTION CARRIED OUT JUNE 8, 2022, 10:00 A.M.** |

1

In response to this Court's order for a status update [Doc. 63], Plaintiff's counsel moves to dismiss this pending lawsuit, with prejudice, each side to bear their own fees and costs. Defendants have no objection to this dismissal. This suit challenged the methods of Mr. Atwood's execution, and that execution was carried out on June 8, 2022.

Respectfully submitted, this the 17th day of June, 2022,

/s *Joseph J. Perkovich*
JOSEPH J. PERKOVICH

AMY P. KNIGHT

DAVID A. LANE
CO Bar No. 16422
REID ALLISON
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@ln-law.com
rallison@kln-law.com

J. SAMUEL KOOISTRA
AZ Bar No. 032776
Arizona Capital Represenation Project
25 S. Grande Ave.
Tucson, AZ 85745
Tel: (520) 229-8550
sam@azcapitalproject.org

*Attorneys for Frank Jarvis Atwood*